Willie James SHOE, Appellant, v. UNITED STATES of America, Appellee.

No. 12494.

United States Court of Appeals. Fifth Circuit.

Nov. 17, 1948.

No appearance entered for appellant.

Cavett S. Binion, Asst. U.S.Atty., of Fort Worth, Tex., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Louise F. TROYER et al., Appellants, v. UNITED STATES of America.

No. 13738.

United States Court of Appeals Eighth Circuit.

Oct. 12, 1948.

Will H. Hargus, of Harrisonville, Mo., Ralph P. Johnson and Lee E. Crook, both of Osceola, Mo., and Joseph Koralchik, of Kansas City, Mo., for appellants.

Sam M. Wear, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 79 F.Supp. 558, dismissed at costs of appellants, on dismissal of appeal by appellants.